**Order entered September 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01594-CV

### JAIME (JAMES) ROA, Appellant

### V.

### CITY OF DENISON, TEXAS, Appellee

### On Appeal from the 15th Judicial District Court
### Grayson County, Texas
### Trial Court Cause No. CV-13-1732

## ORDER

Appellant Jaime (James) Roa's September 11, 2015 motion to recall mandate is **DENIED**.

/s/    MOLLY FRANCIS
        JUSTICE